JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE RENE DAVID,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>JOHN MARSHALL, Warden,<br><br>　　　　　Respondent. | NO. CV 07-03378 GHK (SS)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   1/21/10

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE